UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MILTON CARPET CENTER INC.,**

 **Plaintiff,**

**v.**         **CASE NO. 3:13cv624-MCR/CJK**

**CINCINNATI INSURANCE
COMPANY,**

 **Defendant.**
_____/

## **ORDER**

 This case is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated March 18, 2016, ECF No. 81.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having fully considered the Report and Recommendation, and the record, the Court finds that the Report and Recommendation should be adopted.

Accordingly:

1. The Magistrate Judge's Report and Recommendation, ECF No. 81, is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Entitlement to Attorney's Fees and Costs, ECF No. 73, is **GRANTED**.

3. Plaintiff shall submit materials in support of the request for attorneys' fees and expenses in compliance with the Court's Local Rules, *see* N.D. Fla. Loc. R. 54.1(E), (F), and (G).[1]

4. When the required materials have been submitted, the Clerk is directed to refer the case back to Magistrate Judge Kahn for the preparation of a Report and Recommendation on the amount of the award.  *See* Fed. R. Civ. P. 72(b); N.D. Fla. Loc. R. 72.3; 28 U.S.C. § 636(b)(1)(B).

**DONE AND ORDERED** this 18th day of April, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Magistrate Judge's Report and Recommendation provided ten days to comply, but the parties should follow the procedure set out in the Court's new Local Rules.

*Case No: 3:13cv624-MCR/CJK*